UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher Rosmond, et al., | Civil File No. 12-CV-02000 (DSD/JSM) |
| Plaintiffs, | |
| v. | |
| Minneapolis Pipe Fitters Joint Apprenticeship Training Committee (JATC) and Pipe Fitters Local Union 539, | |
| Defendants. | **JOINT MOTION FOR FINAL SETTLEMENT APPROVAL** |
| Pipe Fitters Local Union 539, | |
| Third-Party Plaintiff, | |
| v. | |
| Minnesota Mechanical Contractors Association, Inc., | |
| Third-Party Defendant. | |

**AND**

| | |
|---|---|
| Paul K. Lamuren, | Civil File No. 12- CV-2205(DWF/JJG) |
| Plaintiff, | |
| v. | |
| Minneapolis Pipe Fitters Joint Apprenticeship Training Committee, et al. | |
| Defendants. | |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants Minneapolis Pipe Fitters Joint Apprenticeship Training Committee (JATC) and Pipe Fitters Local Union 539, by and through their undersigned Counsel, hereby respectfully move the Court for an Order granting the Parties' Joint Motion for Final Settlement Approval and, specifically approving the settlement allocation plan as fair, reasonable, and adequate.

Dated: October 16, 2013

s/Megan I. Brennan
Steven Andrew Smith (#260836)
Megan I. Brennan (#386550)
Nichols Kaster, PLLP
80 South Eighth Street
4600 IDS Center
Minneapolis, MN 55402-2242
Telephone: (612) 256-3200

*Attorneys for Plaintiffs*

Dated: October 16, 2013

s/Brendan D. Cummins
Brendan D. Cummins (#276236)
Cummins & Cummins, LLP
1245 International Centre
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 465-0108

*Attorney for Defendant Pipe Fitters Local Union 539*

Dated: <u>October 16, 2013</u>                         <u>s/Jacalyn N. Chinander</u>
                                                                    Bradley J. Lindeman (#298116)
                                                                    Jacalyn N. Chinander (#0388266)
                                                                    Meagher & Geer, PLLP
                                                                    33 South Sixth Street, Suite 4400
                                                                    Minneapolis, MN  55402
                                                                    Telephone:  (612) 338-0661

                                                                    ***Attorneys for Defendant Minneapolis Pipe Fitters Joint Apprenticeship Training Committee***